VICTOR COHEN, Appellant, *v.* BARTGIS BROTHERS COMPANY Respondent.

Argued November 23, 1942; decided January 21, 1943.

*William Macy* for appellant.

*Leonard L. Berliner* and *W. N. Seligsberg* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY AND DESMOND, JJ.